IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE QUANTUM WORLD CORPORATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CV 2:11-CV-241-JRG-RSP |
| LENOVO (UNITED STATES) INC. and LENOVO GROUP LIMITED, | § § § § | |
| *Defendants*. | § | |

## ORDER

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 142), which contains his recommendation for the denial of Plaintiff's Motion for Summary Judgment (Dkt. No. 90) has been presented for consideration.  The Court is of the opinion that the conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the report of the United States Magistrate Judge as the conclusions of this Court. Accordingly, the Court DENIES Plaintiff's Motion for Summary Judgment (Dkt. No. 90).

**So ORDERED and SIGNED this 31st day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE